NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1776

NOLAN BENSON, SR. AND BORREL'S, INC.

VERSUS

CITY OF MARKSVILLE, ET AL.

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 99-6595-B
HONORABLE WILLIAM J. BENNETT, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy Howard Ezell, Judges.

AFFIRMED.

Gilda Rae Small
Attorney at Law
131 Tricia Pk. Rd.
Mansura, LA 71350
(318) 253-0843
Counsel for Plaintiff/Appellee:
    Nolan Benson, Sr.

**Michael Francis Kelly**
**Assistant District Attorney**
**P. O. Box 528**
**Marksville, LA 71351**
**(318) 253-5815**
**Counsel for Defendant/Appellant:**
**City of Marksville**

**Gideon T. Carter, III**
**Law Offices of Ossie Brown**
**P. O. Box 80264**
**Baton Rouge, LA 70898-0264**
**(225) 343-1111**
**Counsel for Plaintiff/Appellee:**
**Nolan J. Benson, Sr. and Borrel's, Inc.**